AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Tymkovich, Timothy M. | 2. Court or Organization  Tenth Circuit Court of Appeals | 3. Date of Report  08/06/2013 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge -- Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012  to  12/31/2012 |
|---|---|---|

**7. Chambers or Office Address**

1823 Stout
Denver, CO 80202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | member | 230 Joint Venture |
| 2. | Member, Power of attorney | 433 Joint Venture |
| 3. | Member | HHT LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Hale Hackstaff 401K plan |
| 2. | 2003 | withdrawal agreement Hale Hackstaff Tymkovich LLC |
| 3. | 2003 | 433 Joint Venture |
| 4. | 2003 | HHT LLC |
| 5. | 2004 | 230 Joint Venture |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/15/2012 | Lexis Nexis -- publication royalties I | $2,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | 2/11 | Ithica, New York | moot court | travel, meals, hotel |
| 2. | Minnesota Law School | 10/18 | Minneapolis, Minn. | symposium | travel, meals, hotel |
| 3. | Pepperdine Law School | 10/25 | Malibu, California | moot court | travel, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Colorado State Bank | rental mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Money Market Fund | B | Interest | M | T | | | | | |
| 2. Merrill Lynch Bank USA | C | Interest | J | T | | | | | |
| 3. Agilent Technology | | None | J | T | | | | | |
| 4. Air Methods | D | Dividend | J | T | Sold (part) | 10/11/12 | J | C | |
| 5. Rubicon | | None | J | T | | | | | |
| 6. Sara Lee | | None | | | Distributed | 07/05/12 | J | | |
| 7. Hillshire Brands | | None | J | T | Spinoff (from line 6) | 07/05/12 | J | | |
| 8. DE Master | | None | J | T | Spinoff (from line 6) | 07/05/12 | J | | |
| 9. Hanesbrand | | None | J | T | | | | | |
| 10. Cheseapeake | A | Dividend | J | T | | | | | |
| 11. Nuance | | None | J | T | | | | | |
| 12. Bank of America | A | Dividend | K | T | | | | | |
| 13. Treasury Bond | A | Interest | J | T | | | | | |
| 14. Coca Cola | A | Dividend | K | T | | | | | |
| 15. General Electric | D | Dividend | N | T | | | | | |
| 16. Hewlett Packard | B | Dividend | L | T | | | | | |
| 17. IBM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Imation | A | Dividend | J | T | | | | | |
| 19. Intel | A | Dividend | M | T | | | | | |
| 20. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 21. Microsoft | C | Dividend | L | T | | | | | |
| 22. 3M | A | Dividend | K | T | | | | | |
| 23. Motorola Solutions | B | Distribution | J | T | | | | | |
| 24. Motorola Mobility | B | Distribution | | | Sold | 05/22/12 | J | A | |
| 25. Nokia | A | Dividend | J | T | | | | | |
| 26. Schwab Total Stk | C | Dividend | K | T | | | | | |
| 27. Tell Labs | B | Dividend | J | T | | | | | |
| 28. Direct TV x | A | Dividend | K | T | | | | | |
| 29. New Corp x | A | Dividend | J | T | | | | | |
| 30. Templeton Developing | A | Dividend | J | T | | | | | |
| 31. Templeton Emerging Markets | A | Dividend | J | T | | | | | |
| 32. Delaware Holdings | A | Interest | J | T | | | | | |
| 33. Walmart | A | Dividend | M | T | | | | | |
| 34. Northwest Mutual insurance cash value | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Coca Cola | A | Dividend | J | T | | | | | |
| 36. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 37. General Electric | A | Dividend | L | T | | | | | |
| 38. Wells Fargo | A | Dividend | K | T | | | | | |
| 39. Treasury X | A | Interest | | | Redeemed | 08/15/12 | K | A | |
| 40. Schwab Total Stk (J) | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 41. 230 Joint Venture (Br rental)($100,000; 10/2004) B Colorado) | G | Rent | L | W | | | | | |
| 42. Pfizer | B | Dividend | J | T | | | | | |
| 43. HHT LLC | C | Distribution | M | T | | | | | |
| 44. 433 Joint Venture, Co. condo ($100,000, 8/2003) | F | Rent | L | W | | | | | |
| 45. Dimension Funds (401K plan) | G | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Security in line 3 of 2011 report sold in 2010, value code J
Bond on line 13 of 2011 report redeemed in 2010, value code K
Freescale Semi on line 16 of 2011 report sold in 2009, value code J
Key Corp, line 22 of 2011 report sold in 2008, value code J
Paychex, line 28 of 2011 report sold in 2008, value code K
Sara Lee on line 29 of 2011 report distributed as stated in lines 6, 7, 8
Verigy, line 56 of 2011 report, distributed in 2011, value code J
Government bond on line 39 of 2011 report redeemed in 2008, value code K
Treasurey bond I on line 40 of 2011 report redeemed in 2008, value code J
Treasury Bond II on line 41 of 2011 report redeemed in 2009, value code J
Treasury Bond III on line 42 of 2011 report redeemed in 2009, value code J
Treasury Bond IV on line 43 of 2011 report redeemed in 2010, value code J
Treasury Bond V on line 45 of 2011 report redeemed in 2010, value code J
Treasury Bond VI on line 46 of 2011 report redeemed in 2010, value code J
Treasurey Bond VII on line 47 onf 2011 report redeemed in 2010, value code J
Treasury Bond VIII on line 48 of 2011 report redeemed in 2010, value code J
Treasury Bond IX on line 49 of 2011 report redeemed in 2010, value code J
Motorola stock on line 55 of 2011 report sold in 2009, value code J
Security on line 57 of 2011 report sold in 2009, value code K
Security on line 53 of 2011 report sold in 2009, value code J
Security on line 54 of 2011 report sold in 2009, value code K
Security on line 57 of 2011 report sold in 2010, value code K
Security on line 28 spinoff from Hughes Corp inadvertently omitted in previous report, value code K
Security on line 29 spinoff from Hughes Corp inadvertently omitted in previous report, value code K
Security on line 55 of 2011 report sold in 2010, value code k
Security on line 51 of 2011 report sold in 2010, value code J

| Name of Person Reporting | Date of Report |
|---|---|
| Tymkovich, Timothy M. | 08/06/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Timothy M. Tymkovich**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544